# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CRISTIAN ROSALES-GRANDEZ,** | Civil Action No. 25-16955 (MCA) |
| Petitioner, | |
| v. | ORDER |
| **KRISTI NOEM, et al.,** | |
| Respondents. | |

Petitioner, a citizen of Peru who entered the United States without inspection in 2022 and sought asylum, has filed a habeas petition under 8 U.S.C. § 2241 challenging the legality of his detention under 8 U.S.C. § 1225(b)(2). On December 2, 2025, Respondents filed a letter response (ECF No. 12), stipulating to the relevant facts alleged in the Petition and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL 3240895 (D.N.J. Nov. 20, 2025); *see also Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025). On December 2, 2025, Petitioner filed a letter reply seeking Petitioner's immediate release or a bond hearing under 8 U.S.C. § 1226(a).[1]

The Court has considered the matter, and, for the same reasons stated in *Vasquez Lucero*, **GRANTS** the Petition.

**IT IS** on this 10th day of December 2025,

---

[1] On December 9, 2025, Petitioner's counsel filed a status report noting that on December 4, 2025, the immigration court ordered Petitioner removed to Honduras and pretermitted his asylum application. Petitioner has appealed that determination to the Board of Immigration Appeals ("BIA") and that order is not final. (ECF No. 17.)

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within seven days of the date of this Order; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome, upon which the Court will close this matter.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**